Michael J. DiMattia (MD 0473)
Philip A. Goldstein (PAG 0908)
McGuireWoods LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105-0106
(212) 548-2100
Attorneys for Defendant General Nutrition Corporation & Neil Blitzer

**'08 CIV 6865**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
MARLON HATTIMORE                          :    Case No. __ Civ. 304763/2008
                                          :
                Plaintiff,                :    **DEFENDANT GENERAL**
                                          :    **NUTRITION CENTER'S**
        v.                                :    **RULE 7.1 DISCLOSURE**
                                          :
GENERAL NUTRICTION CORPORATION and        :
NEIL BLITZER (INDIVIDUAL AND OFFICIAL     :
CAPACITY),                                :
                                          :
                Defendants.               :
------------------------------------------------------------------- X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant General Nutrition Centers, Inc. certifies that Defendant General Nutrition Centers, Inc. is a subsidiary of GNC Corporation, which is not a publicly traded company.

Dated: New York, New York
       July 31, 2008

McGUIREWOODS LLP

By: _____
Michael J. DiMattia (MD 0473)
Philip A. Goldstein (PAG 0908)
1345 Avenue of the Americas, 7th Floor
New York, New York 10105-0106
(212) 548-2167
Attorneys for Defendant General
Nutrition Centers, Inc.

\6455802.1

COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARLON HATTIMORE,                                   Case No. ___ Civ. _____

        Plaintiff,

    v.

GENERAL NUTRITION CORPORATION, NEIL
BLITZER (INDIVIDUAL AND IN OFFICIAL
CAPACITY),

        Defendants.

---

## DEFENDANT GENERAL NUTRITION CENTER'S
## RULE 7.1 DISCLOSURE

---

**MCGUIREWOODS LLP**
1345 Avenue of the Americas, 7th Floor
New York, NY 10105-0106
(212) 548-2100
Attorneys for Defendant
General Nutrition Centers, Inc.