## CERTIFICATE OF SERVICE

This is to certify that I have caused a true and correct copy of the following:

1. Notice of Removal;

2. Civil Cover Sheet;

3. Rule 7.1 Disclosure

to be served upon plaintiff, Marlon Hattimore, by depositing same via United States Postal Service, postage prepaid, First Class mail delivery to:

>Delmas A. Costin, Jr.
>208 East 163rd Street
>Bronx, NY 10451
>Attorneys for Plaintiff

Dated: August 1, 2008
      New York, New York

                                            _____
                                            Eileen Chin

\6460963.2