Philip A. Goldstein, Esq.
McGuireWoods LLP
1345 Avenue of the Americas, 7th Fl
New York, New York 10105-0106
(212) 548-2100
Attorneys for Defendants

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
MARLON HATTIMORE,                               :   Case No: 08 CV 6865
                                                :   (LAP)(HBP)
                       Plaintiff,               :
                                                :   **STIPULATION**
        -against-                               :
                                                :
GENERAL NUTRITION CORPORATION, NEIL             :
BLITZER (INDIVIDUAL AND IN OFFICIAL             :
CAPACITY),                                      :
                                                :
                       Defendants.              :
------------------------------------------------x

       IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff Marlon Hattimore ("Plaintiff") and counsel for Defendants General Nutrition Centers, Inc. and Neil Blitzer ("Defendants") that the time for Defendants to answer, move, or otherwise respond to the Plaintiff's Complaint in this action is hereby extended to and including September 3, 2008. A facsimile copy of this stipulation will serve the same purposes as original signatures.

Dated:  New York, New York
        August 4, 2008

_____          _____
Philip A. Goldstein                Delmas A. Costin, Jr.
McGuireWoods LLP                   208 East 163rd Street
1345 Avenue of the Americas, 7th Fl Bronx, New York 10451
New York, New York 10105           (347) 326-8438
(212) 548-2100                     Attorneys for Plaintiff Marlon Hattimore
Attorneys for Defendants General
Nutrition Centers, Inc. and Neil Blitzer

SO ORDERED:
Loretta A. Preska
August 11, 2008