## CERTIFICATE OF SERVICE

This is to certify that I have caused a true and correct copy of the Initial Conference Order to be served upon plaintiff, Marlon Hattimore, via facsimile and via Federal Express overnight delivery to:

>Mr. Delmas A. Costin, Jr.
>208 East 163rd Street
>Bronx, NY 10451
>Attorneys for Plaintiff

Dated: August 22, 2008
       New York, New York

_____
Eileen Chin

\6460963.3